UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: )
) Case No. 11-49236
Richard and Paula Schreck, )
) Chapter 13
        Debtors. )
)
)

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS FOR LACK OF FEASIBILITY**

      Comes Now, Debtor herein, and for his Response to Trustee's Motion to Dismiss, and states as follows:

      1. Debtors are attempting to come up with sufficient funds to cause their plan to be feasible or in the alternative they will amend their plan to cure the deficiency.

      WHEREFORE Debtor prays that this Court deny the Motion and for such other and further relief as this Court deems appropriate under the circumstances.

      /s/ Angela Redden-Jansen
      Angela Redden-Jansen, #85064
      Attorney for the Debtor
      3350 Greenwood Blvd.
      Maplewood, MO 63143
      (314) 645.5900
      (314) 645.5900 (fax)

**CERTIFICATE OF SERVICE**

      Comes Now Angela Redden-Jansen, attorney for the Debtor and hereby certifies that a copy of the Debtor's Response to Motion to Dismiss was sent to the Chapter 13 Trustee, was sent via electronic means on this 2nd day of July, 2015.

      /s/ Angela Redden-Jansen